

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00421-CR

THE STATE OF TEXAS, APPELLANT

V.

LUZ HERMELINDA ESTRADA-MONDRAGON, APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 136995-2, Honorable Pamela Cook Sirmon, Presiding

January 23, 2014

## MEMORANDUM OPINION ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before this Court is the State's motion to dismiss its appeal. The State's attorney has signed the document stating that the State withdraws its appeal. TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.